**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN JEROME HILL, | ) | CASE NO. CV 14-01189 JVS (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| AMY MILLER, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of KEVIN JEROME HILL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed (a) without prejudice as to Claim 1, for lack of jurisdiction, and (b) with prejudice as to Claim 2.

DATED: August 13, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE